ORDERED.

Dated: September 27, 2018

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

In re:                                                                Case No.: 8:18-bk-04952-CPM

Ardiana NMN Rizahi,                                       Chapter: 7

Debtor.
_____/

**ORDER ON UNITED STATES TRUSTEE'S MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS AND FOR ADDITIONAL RELIEF**

THIS CASE came before the Court for hearing on September 24, 2018 at 2:00 p.m., upon the United States Trustee's Motion to Compel the Production of Documents and for Additional Relief (Doc. No. 12).[1] Adequate and sufficient notice and opportunity for a hearing, appropriate in the particular circumstances, was afforded all parties in accordance with applicable Bankruptcy and Local Rule. For the reasons stated orally and recorded in open court, constituting this Court's findings and conclusions, the motion is well taken and the relief requested therein should be granted. Accordingly, **IT IS ORDERED** that:

---

[1] All capitalized terms herein shall have the same meaning set forth in the United States Trustee's motion.

1. The United States Trustee's motion is **GRANTED** as set forth herein.

2. Debtor shall provide the United States Trustee with all documents responsive to the 2004 Notice within the Debtor's possession, custody, or control within 30 days from the entry of this Order.

3. Upon producing all responsive documents, Debtor's counsel shall immediately file a notice of compliance with the Court, stating that all responsive documents within Debtor's possession, custody, or control have been produced to the United States Trustee (the "Notice of Compliance").

4. The deadline for the United States Trustee to file a complaint objecting to entry of discharge pursuant to 11 U.S.C. § 727 is hereby extended that date that is 60 days from the date of filing of the Notice of Compliance.

5. The relief set forth herein shall be without prejudice to the parties seeking an extension of the deadlines set forth herein or to the United States Trustee seeking further relief under the motion or with regard to the 2004 Notice.

Clerk's Office to serve order.